UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:03-cr-00176-LRH (VPC) |
| | ) | 3:06-cv-00733-LRH (VPC) |
| Plaintiff, | ) | |
| | ) | |
| | ) | ORDER |
| GORDON TODD SKINNER, | ) | |
| | ) | |
| Defendant. | ) | |

The Government's Motion for Leave to Waive Response to Any Further Motions by the Defendant Unless a Response Is Requested by this Court is granted. Unless the Court orders a response, the Government's failure to file points and authorities in response to any further motions by the Defendant shall not constitute its consent to the granting of those motions.

IT IS SO ORDERED.

DATED this 1st day of May, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE